IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN M. PARKS, | : | |
| Plaintiff | : | No. 1:19-cv-0109 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| SCI CAMP HILL, | : | |
| Defendant | : | |

## ORDER

Before the Court in the above-captioned action is the February 11, 2019 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 18), recommending that Plaintiff's Complaint (Doc. No. 11), be dismissed without prejudice to Plaintiff's right to file an amended complaint. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 21st day of March 2019, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 18), of Magistrate Judge Carlson;

2. Plaintiff's Complaint (Doc. No. 11), is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint that cures the defects identified in Magistrate Judge Carlson's Report and Recommendation (Doc. No.18), within twenty-one (21) days of the date of this Order. Failure to file an amended complaint as set forth above will result in the Court dismissing this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania